IN THE SUPREME COURT OF THE STATE OF DELAWARE

WILLIAM FLETCHER, §
§
   Defendant Below, § No. 410, 2019
   Appellant, §
§
   v. § Court Below–Superior Court
§ of the State of Delaware
STATE OF DELAWARE, §
§ Cr. ID Nos. 1605023709 (N)
   Plaintiff Below, § 1610006481 (N)
   Appellee. §
§

Submitted: December 2, 2019
Decided: February 10, 2020

Before **SEITZ**, Chief Justice; **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, the Court concludes that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its September 16, 2019 order. The appellant's sentence is consistent with the parties' negotiated plea agreement. The Superior Court did not abuse its discretion in denying the appellant's untimely and repetitive motion for sentence modification.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice